IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PLUMMER,<br>　　　　**Plaintiff**,<br>　　v.<br>WARDEN EDWARD CADEN, et al.,<br>　　　　**Defendants.** | CV F 04-6770 AWI DLB P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF AS MOOT**<br><br>(Documents #3, #4, #5, #7, #8 & #9) |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On September 13, 2005, the Magistrate Judge filed Findings and Recommendations that recommended the court deny Plaintiff's pending motions, which request injunctive relief, because these motions are premature.   The Findings and Recommendations gave notice to the parties that any objections could be filed within ten (10) days.  No party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the Findings and Recommendations are supported by the record and by proper analysis.

Therefore, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 13, 2005, are ADOPTED IN FULL;
2. Plaintiff's motions filed January 20, 2005, January 24, 2005, February 7, 2005, and February 9, 2005 are DENIED; and
3. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 28, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE